**Mark A. Broughton, #079822**
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, CA 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
Mark@FresnoCriminalLawyer.com

ATTORNEY FOR Defendant,
DANIEL VELASQUEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL VELASQUEZ,<br><br>  Defendant. | Case No.: 1:19-CR-00242-005-JLT<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **November 18, 2024**<br>Time: **9:00 a.m.**<br>Courtroom: **4**<br>**Hon. Jennifer L. Thurston** |

**TO:   THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

Defendant, DANIEL VELASQUEZ by and through his attorney of record, Mark A. Broughton and the United States Attorney, by and through Laurel J. Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 18, 2024, at 9:00 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **January 27, 2024, at 9:00 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a.  The Defendant pled guilty on July 29, 2024.

    b.  Parties need additional time to review, prepare and object to the Final

1                        Pre-Sentence Investigation Report.

2           c.     The Government does not object to this continuance.

3     4.     Additionally, the parties also agree to amend the briefing schedule as follows: the Informal Objections will be due on December 30, 2024, Formal objections will be due on January 13, 2025, and any replies will be due on January 21, 2025.

IT IS SO STIPULATED.

                                        Respectfully submitted,

                                        MARK A. BROUGHTON, PC

Date:      October 18, 2024      */s/Mark A. Broughton*
                                           Mark A. Broughton
                                           Attorney for Defendant
                                           DANIEL VELASQUEZ

DATED:     October 18, 2024     By:    /s/Laurel J. Montoya
                                                      LAUREL J. MONTOYA
                                                      Assistant United States Attorney

1                                             **ORDER**

2         For reasons set forth above, the continuance requested by the parties is granted for good cause.

4         **IT IS SO ORDERED** that the sentencing currently scheduled for November 18, 2024, at 9:00 a.m. is continued to **January 27, 2025, at 9:00 a.m.**, Informal Objections are due on December 30, 2024, Formal Objections are due on January 13, 2025, and replies are due on January 21, 2025.

IT IS SO ORDERED.

Dated:   **October 18, 2024**                              _/s/ Jennifer L. Thurston_
                                                                           UNITED STATES DISTRICT JUDGE